# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-151-JTM-JEM |
| | ) | |
| BRANDY K. HERO, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT BRANDY K. HERO

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant Brand K. Hero's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on March 15, 2016, with the consent of Defendant Hero, counsel for Defendant Hero, and counsel for the United States of America.

The hearing on Defendant Hero's plea of guilty was in full compliance with Federal Rule of Criminal Procedure 11 before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Hero under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Hero,

I **FIND** as follows:

(1) that Defendant Hero understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Hero understands her right to trial by jury, to persist in her plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her

right against compelled self-incrimination;

(3) that Defendant Hero understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Hero understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Hero has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Hero is competent to plead guilty;

(6) that Defendant Hero understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Hero's plea; and further,

I **RECOMMEND** that the Court accept Brandy K. Hero's plea of guilty to the offenses charged in Count 2 and Count 8 of the Indictment and that Defendant Hero be adjudged guilty of the offenses charged in Count 2 and Count 8 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Hero be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 15th day of March, 2016.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable James T. Moody