UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:15 CR 151 |
| | ) | |
| BRANDY HERO | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated May 13, 2019 (DE # 162), to which the parties have waived any objections (*id.*), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of supervised release described in the October 19, 2018, Petition (DE # 145). Defendant's term of supervised release is **REVOKED** and she is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of time served, followed by a 60-day term of supervised release under the same terms and conditions of her prior supervised release. As a further term of supervised release, defendant must immediately report to the Porter Starke Services program, and upon admittance fully participate as a resident in the Women's Recovery Program for the duration of the supervised release period.

**SO ORDERED.**

Date: May 14, 2019

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT